UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
VICTOR PERUGINI  
JANICE M. PERUGINI

Chapter 13 Bankruptcy

Case No. 16-21690-GMH

## NOTICE AND MOTION TO DISMISS - UNCONFIRMED PLAN

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Mary B. Grossman, pursuant to 11 U.S.C. § 1307 (c), does hereby move the Court for an Order dismissing this case, for cause, including;

*Failure to file within fourteen days of filing of Debtors' petition a schedule of assets and liabilities, a schedule of current income and current expenditures, and a statement of Debtors' financial affairs as required by 11 USC §521(a)(1)(B)(i), (ii), and (iii), respectively.  Failure to provide the Trustee with copies of Debtors' Federal income tax returns for the most recent year for which they filed such returns at least 7 days before Debtor's April 14, 2016 Sec. 341 meeting as required by 11 USC §521(e)(2).  Failure to provide to the Trustee at least seven days before Debtors' Sec. 341 meeting copies of Debtors' pay advices received within 60 days before the date of filing of their petition as required by 11 USC §521(a)(1)(B)(iv) and Rule 1007(c) as modified by Local Rule 1007.4(a)(6).*

**ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202, WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.  IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING RELIEF.**

Dated April 12, 2016 at Milwaukee Wisconsin.

/s/_____  
Mary B. Grossman, Chapter 13 Standing Trustee  
Robert W. Stack, Staff Attorney  
Christopher D. Schimke, Staff Attorney  
Sandra M. Baner, Staff Attorney  
P.O. Box 510920  
Milwaukee, WI 53203  
(414) 271-3943